# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2721
LT Case No. 2022-102916-CFDL

_____

JESENIA ZORRI GARCIA,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Randall H. Rowe, III, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard
Alexander Pallas, Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

May 10, 2024

PER CURIAM.

     In this *Anders*[1] appeal, we affirm the judgment and sentence
imposed by the trial court following the revocation of Appellant's

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

probation, but we find it necessary to remand this case with directions that the court correct a scrivener's error in the order revoking probation to reflect that Appellant committed a violation of condition seven of her probation once, rather than twice. The revocation order inadvertently states that Appellant violated condition seven of her probation twice; however, she was charged with violating this condition only once and admitted to violating this condition only once. *See generally Daniels v. State*, 200 So. 3d 195 (Fla. 5th DCA 2016) (finding that remand was appropriate to correct technical error in order revoking probation to clarify sole condition of probation that defendant admitted to violating).

AFFIRMED;  REMANDED to correct scrivener's error.


EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2